NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ELAINE L. COOPER n/k/a ELAINE L. THOMPSON,

       Petitioner,

v.

THAXTER A. COOPER,

       Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-4171

Opinion filed March 20, 2019.

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Anne-Leigh Gaylord Moe, Judge.

Elaine L. Cooper, pro se.

Mark F. Baseman of Felix, Felix, and Baseman, Tampa, for Respondent.

PER CURIAM.

       Dismissed.

LaROSE, C.J., and MORRIS and LUCAS, JJ., Concur.